

RECEIVED NOV 01 2022 PRO SE OFFICE

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

( United States District Court for the New York Eastern District, 225 Cadman Plaza East, Brooklyn, NY 11201 )

Ronald Satish Emrit,
   Plaintiff (Pro Se)

v.

Special Agent in Charge of FBI Field Office in Southern District of New York (SDNY),
   Defendant

C. A. No.:

**CV 22-6768**

**Chen, J**

**Bloom, M.J.**

***

## COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint against the Special Agent in Charge of the New York field office of the Federal Bureau of Investigation (FBI) whereby an amended complaint may have to be filed at a later date under a Bivens action lawsuit citing the stare decisis/common law of **_Bivens v. Six Unknown Narcotics Agents_**. In bringing forth this complaint, the plaintiff states, avers, and alleges the following:

### I.) NATURE OF THE CASE

1.) The Southern District of New York (SDNY) is the branch of the FBI and U.S. Attorney's Office that racially profiles people as Arabic or Muslim.

Footnote A: The plaintiff considers himself to be a zealous advocate on behalf of his Civil Rights rather than a vexatious litigant.

2.) The plaintiff has proven beyond a reasonable doubt that he is an African-American related to three historical African-Americans.

3.) The plaintiff was informed about a Bivens action lawsuit by Magistrate Judge Gary Jones of Northern Florida in litigation against Director of National INtelligence (DNI) Avril Haines.

## II.) PARTIES TO THIS LITIGATION

1.) The plaintiff is an indigent, disabled, and unemployed resident of the state of Florida. His current mailing address is 6655 38th Lane East, Sarasota, FL 34243. His cell phone number is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com. The plaintiff is filing this cause of action in the U.S. District Courts of Connecticut because the Russell Trust Association or "The Order of Skull and Bones" has a charter at Yale University.

2.) The defendant is the Special Agent in Charge of the New York field office of the Federal Bureau of Investigation (FBI) at Rockefeller Plaza in Times Square in New York City. The plaintiff argues that this office is connected to U.S. attorney's office in Southern District of New York (SDNY).

## III.) JURISDICTION AND VENUE

13.) According to Federal Rules of Civil Procedure 8(a)(1), Plaintiff is required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"

14.) Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.

15.) Pursuant to 28 U.S.C.A. Section 1332, the U.S. District Court for the District of Columbia (as an Article III court) has jurisdiction over this matter because there

Footnote B: Judge Thomas Barber entered a vexatious litigant order against plaintiff in Middle Florida in Emnt v. Harus Music Video Distribution with Magistrate Judge Julie Sneed

is complete diversity of jurisdiction between the Plaintiff and the sole defendant.

16.) As an Article III court, the U.S. District Court for the District of Columbia also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act of 1990, Equal Protection Clause, Due Process Clause, Fourth Amendment, and Privileges and Immunities Clause.

17.) Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

18.) Venue in this jurisdiction is also proper pursuant to 28 U.S.C.A. Sections 1391 and 1400.

19.) Because the amount in controversy exceeds $75,000 (i.e. $80,000 is greater than $75.000), this court also has jurisdiction with regards to that particular issue.

## IV.) STATEMENT OF FACTS

1.) During the administration of George W. Bush, the plaintiff had been wrongfully racially profiled as Arabic/Muslim without any reasonable suspicion or probable cause.
2.) The plaintiff argues that he may have been racially-profiled after questioning his Professional Responsibility professor (Daniel Gordon) in 2001, "Should Lawyers Learn Ebonics?"
3.) The plaintiff argues that he also might have been profiled like Dr. Steven Hatfill or Richard Jewell after a misunderstood marriage proposal to his ex-girlfriend in which the plaintiff was making fun of and/or mocking his own paranoia to open up letters in Pembroke Pines, Florida.
4.) The plaintiff argues that there is more racism in the city and state of New York than in Texas, Georgia, Arkansas, Florida, or NOrth Carolina where the plaintiff's grandfather Clarence Smith has his own holiday on May 5th by proclamation of Lumberton mayor Raymond Pennington.

5.) The plaintiff is also related to John A. MOss who the D.C. Lottery explains was the Captain of the Battle of Gettysburg and was appointed as the first justice of the peace in Washington County or Washington, D.C. by Presidents Rutherford B. Hayes, Grover Cleveland, and James Garfield.

6.) Furthermore, the plaintiff is related to William Benjamin who was celebrated by former Maryland governor Martin O' Malley as helping to establish the first black opera in Washington, D.C..

7.) Moreover, the plaintiff is related to Marie Moss Smith who served on a World War II economic advisory panel and started the first Catholic school for African-Americans in Lumberton, North Carolina.

8.) Marie Moss Smith also taught mathematics to the former director of the Nuclear Regulatory Commission (NRC), i.e. Shirley Jackson who is the highest paid college president at Rensselear Polytechnic Institute in upstate New York (like West Point military academy).

9.) Shirley Jackson was the former boss of the plaintiff's father, i.e Ronald Cephas Emrit who also won awards from the Nuclear Regulatory Commission (NRC) in Rockville, Maryland by Shady Grove metro station.

10.) Marie Moss Smith taught mathematics to Shirley Jackson at THeodore Roosevelt High School in Washington D.C..

11.) The plaintiff's soccer teammate Kirk FOggie (who attended Kennedy High School in Silver Spring, Maryland) also worked for the NRC in Rockville, Maryland.

12.) Pursuant to Rule 201 of the Federal Rules of Evidece (FRE), the court should take judicial notice that the plaintiff also won an award from the Integumentary Division at National Institutes of Health (NIH) also in Rockville, Maryland.

13.) Accordingly, the plaintiff won this award from NIH for his work with Dr. Winslow Seale of Children's Hospital who has since changed his name to a Muslim name after going on a mecca to Saudi Arabia.

14.) Specifically, the plaintiff won this award from NIH for his work with the ratio of lecithin to sphingomyelin (L/S ratio) in the tracheal aspirates of the neonatal surfactant of neonates with Respiratory Distress Syndrome (RDS).

15.)  Accordingly, the plaintiff also worked for the NIH/NHLBI/Division of Hematology for Dr. Cynthia Dunbar and Dr. John Tisdale and worked with the progenitors of spleen cells.

16.)  Accordingly, the plaintiff performed Polymerase Chain Reactions (PCR), POlyacrylamide Gel Electrophoresese (PAGE), extracted DNA using a Qiagen kit, ran samples through an Avidin Column, and performed Optical Density (OD) spectrophotometry in addition to autoclaving samples and changing cell media.

17.)

## V.) COUNT ONE: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED)

62.) The plaintiff argues that the Special Agent in Charge of the New York field office of the Federal Bureau of Investigation (FBI) at Rockefeller Plaza has committed the intentional infliction of emotional distress (IIED) by racially-profiling the plaintiff as Arabic/Muslim without any reasonable suspicion or probable cause.

## VI.) COUNT TWO: INVASION OF PRIVACY THROUGH INTRUSION UPON SECLUSION

63.) The plaintiff argues that the Special Agent in Charge of the New York field office of the Federal Bureau of Investigation (FBI) at Rockefeller Plaza has committed the invasion of privacy through intrusion upon seclusion by racially-profiling the plaintiff as Arabic/Muslim without any reasonable suspicion or probable cause.

## VII.) COUNT THREE: INVASION OF PRIVACY THROUGH MISAPPROPRIATION

64.) The plaintiff argues that the Special Agent in Charge of the New York field office of the Federal Bureau of Investigation (FBI) at Rockefeller Plaza has committed the invasion of privacy through misappropriation by racially-profiling the plaintiff as Arabic/Muslim without any reasonable suspicion or probable cause.

## VIII.) COUNT FOUR: INVASION OF PRIVACY THROUGH FALSE LIGHT

The plaintiff argues that the Special Agent in Charge of the New York field office of the Federal Bureau of Investigation (FBI) at Rockefeller Plaza has committed the invasion of privacy through false light by racially-profiling the plaintiff as Arabic/Muslim without any reasonable suspicion or probable cause.
65.)

## IX.) COUNT FIVE: NEGLIGENCE

66.) The plaintiff argues that the Special Agent in Charge of the New York field office of the Federal Bureau of Investigation (FBI) at Rockefeller Plaza has committed gross negligence by racially-profiling the plaintiff as Arabic/Muslim without any reasonable suspicion or probable cause.

## X.) COUNT SIX: THE WRONGFUL INSTITUTION OF LEGAL PROCEEDINGS/MALICIOUS PROSECUTION

66.) The plaintiff argues that the Special Agent in Charge of the New York field office of the Federal Bureau of Investigation (FBI) at Rockefeller Plaza has committed malicious prosecution or the wrongful institution of legal proceedings by racially-profiling the plaintiff as Arabic/Muslim without any reasonable suspicion or probable cause.

## XIV.) PRAYER FOR RELIEF

WHEREFORE, it is absolutely essential that the plaintiff communicate to the court in the present case at bar that he is first and foremost seeking an injunction as an equitable remedy that the Special Agent in Charge of SDBY be required to

recognize the plaintiff as an African-American related to the African-American Captain of the Battle of Gettysburg (according to the D.C. Lottery).  Nevertheless, this remedy at law would be appropriate considering the fact that the sole defendant (Special Agent in Charge of SDNY at Rockefeller Plaza) has committed the wrongful institution of legal proceedings/malicious prosecution, gross negligence, the intentional infliction of emotional distress (IIED), and invasion of privacy through "intrusion upon seclusion" and "false light."  Moreover, the sole defendant (Special Agent in Charge of SDNY) has committed a violation of the following "black-letter law" provisions of federal law: 42 U.S.C. Section 1983, Title VII of the Civil Rights Act of 1964, and the Americans with Disabilities Act of 1990 (ADA).  Furthermore, the sole defendant (Special Agent in Charge of SDNY) has violated the Equal Protection Clause and Due Process Clause of the Fifth and Fourteenth Amendments to the U.S Constitution in addition to having violated the Privileges and Immunities Clause of Article IV, Section 2, Clause 1 of the U.S. Constitution, the Fourth Amendment rights to a "reasonable expectation of privacy" (see *Katz v. United States*, supra) and perhaps invoking a broad assertion and interpretation of the Eighth Amendment right to be free from cruel and unusual punishment.  In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

A.) The remedy at law in the form of a judgment in the amount of $80,000 (eighty thousand dollars) would also be appropriately considered to be punitive,

compensatory, treble, actual, presumed, and special damages for the defendants' commission of the wrongful institution of legal proceedings/malicious prosecution, negligence (or negligence per se) in addition to a violation of the following "black-letter law" provisions of federal law: 42 U.S.C. Section 1983, Title VII of the Civil Rights Act of 1964, and the Americans with Disabilities Act of 1990 (ADA).

B.) The remedy at law in the form of a judgment in the amount of $80,000 would also be considered appropriate given that it has been proved that the sole defendant (Special Agent in Charge of SDNY) has violated the plaintiff's rights with regards to the Equal Protection Clause and Due Process Clause (inherent from the Fifth and Fourteenth Amendments) and the Privileges and Immunities Clause (of Article IV, Section 2, Clause 1) in addition to the Fourth Amendment right to a reasonable expectation of privacy and perhaps the Eighth Amendment right to be free from cruel and unusual punishment.

C.) The plaintiff is also requesting the equitable remedy of an injunction or specific performance requiring that the Special Agent in Charge of SDNY recognize the plaintiff as an African-American related to African-American Captain of the Battle of Gettysburg although the plaintiff is not close to Patricia Bransford of Urbantech as a 501(c)(3) non-profit organization in New York City designed to help under-privileged and destitute minorities..

D.) To reiterate, the arguments centered around the defendant Special Agent in Charge of SDNY also involve the doctrine of respondeat superior and/or vicariously liable in which the defendant is under the jurisdiction of FBI director Christopher Wray in Washington, D.C. against whom the plaintiff filed a lawsuit in 2021 at the E. Barrett Prettyman Courthouse in Washington, D.C. presided over by Judge Emmett Sullivan who invoked a discussion of *Lovitky v. Trump* involving subject matter jurisdiction.

Respectfully submitted,

Ronald Satish Emrit

6655 38th Lane East

Sarasota, Florida 34243

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com

                                                    Satish Emrit <wilburandcharlotte@gmail.com>

## Memo to Mrs. Catherine O' Hagan-Wolfe (Clerk of the Court for Second Circuit in New York): Accordingly, I Have Compiled a List of About 100 Companies & Individuals Which Have Helped me with My Music Career Since 2005; Lady Brazil Involves Massachusetts, Rhode Island

Satish Emrit <wilburandcharlotte@gmail.com>                              Fri, Oct 21, 2022 at 12:23 PM
To: "prosecases@ca2.uscourts.gov" <prosecases@ca2.uscourts.gov>, "newcases@ca2.uscourts.gov" <newcases@ca2.uscourts.gov>, "justiceforall@ca2.uscourts.gov" <justiceforall@ca2.uscourts.gov>, "eniola_ajayi@ca2.uscourts.gov" <eniola_ajayi@ca2.uscourts.gov>, "Richard_Alcantara@ca2.uscourts.gov" <Richard_Alcantara@ca2.uscourts.gov>, "volunteer_mediation@ca2.uscourts.gov" <volunteer_mediation@ca2.uscourts.gov>, "rulescomments@ca2.uscourts.gov" <rulescomments@ca2.uscourts.gov>
Cc: "usari.media@usdoj.gov" <usari.media@usdoj.gov>, "tara.moniz@usdoj.gov" <tara.moniz@usdoj.gov>, "usama.media@usdoj.gov" <usama.media@usdoj.gov>, "usama.webmaster@usdoj.gov" <usama.webmaster@usdoj.gov>, "Barrett_Hazeltine@brown.edu" <barrett_hazeltine@brown.edu>, "president@brown.edu" <president@brown.edu>, Lorraine Lalli <llalli@rwu.edu>, "international@law.stetson.edu" <international@law.stetson.edu>, "mary.rogers@usdoj.gov" <mary.rogers@usdoj.gov>, "richard.w.myrus@usdoj.gov" <richard.w.myrus@usdoj.gov>, "Michael.Morgan5@usdoj.gov" <Michael.Morgan5@usdoj.gov>, "michaels@gabar.org" <michaels@gabar.org>, Alexis Forbidden <forbiddenxneddibrof@gmail.com>, "thomas.carson@usdoj.gov" <thomas.carson@usdoj.gov>, "tracy.webb@usdoj.gov" <tracy.webb@usdoj.gov>, "thom.mrozek@usdoj.gov" <thom.mrozek@usdoj.gov>, "erin.dooley@usdoj.gov" <erin.dooley@usdoj.gov>, "erin_callahan@nhd.uscourts.gov" <erin_callahan@nhd.uscourts.gov>, "melanie.smith@usdoj.gov" <melanie.smith@usdoj.gov>, "Tonja.Benninger@usdoj.gov" <Tonja.Benninger@usdoj.gov>, "stacy.crane@usdoj.gov" <stacy.crane@usdoj.gov>, "Stacy.Lee@ojp.usdoj.gov" <Stacy.Lee@ojp.usdoj.gov>, "Stacy_L_Wertz@paed.uscourts.gov" <Stacy_L_Wertz@paed.uscourts.gov>, "Stacy.BlakeBeard@tuck.dartmouth.edu" <Stacy.BlakeBeard@tuck.dartmouth.edu>, "Melinda.Wheeler@usdoj.gov" <Melinda.Wheeler@usdoj.gov>, "chambers_flmd_flynn@flmd.uscourts.gov" <chambers_flmd_flynn@flmd.uscourts.gov>, "chambers_flmd_covington@flmd.uscourts.gov" <chambers_flmd_covington@flmd.uscourts.gov>, "Chambers_of_Judge_Anita_B_Brody@paed.uscourts.gov" <Chambers_of_Judge_Anita_B_Brody@paed.uscourts.gov>, "Chambers_of_Judge_Berle_M_Schiller@paed.uscourts.gov" <Chambers_of_Judge_Berle_M_Schiller@paed.uscourts.gov>, "Chambers_of_Judge_C_Darnell_Jones@paed.uscourts.gov" <Chambers_of_Judge_C_Darnell_Jones@paed.uscourts.gov>, "Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov" <Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov>, "chambers_flmd_sneed@flmd.uscourts.gov" <chambers_flmd_sneed@flmd.uscourts.gov>, "clerks_office@ca11.uscourts.gov" <clerks_office@ca11.uscourts.gov>, "clerks@miamigov.com" <clerks@miamigov.com>, Ashley Naucapoma <Ashley_Naucapoma@ca1.uscourts.gov>, CA5 Pro Se <pro_se@ca5.uscourts.gov>, "procurement@colliersheriff.org" <procurement@colliersheriff.org>, "rochellealvizo@btbhealthcare.com" <rochellealvizo@btbhealthcare.com>, "PAO.EOIR@usdoj.gov" <PAO.EOIR@usdoj.gov>, "EOIR.EEOMailbox@usdoj.gov" <EOIR.EEOMailbox@usdoj.gov>, "eoir.reasonable.accommodation@usdoj.gov" <eoir.reasonable.accommodation@usdoj.gov>, "andrew.press@usdoj.gov" <andrew.press@usdoj.gov>, "alita.taylor@usdoj.gov" <alita.taylor@usdoj.gov>, "tynette.daniels@usdoj.gov" <tynette.daniels@usdoj.gov>, "Deltricia.R.Boyd@usdoj.gov" <Deltricia.R.Boyd@usdoj.gov>, Tony Federici <tonyfederici1964@yahoo.com>, "lilya.flower1985@gmail.com" <lilya.flower1985@gmail.com>, "havanaconsularinfo@state.gov" <havanaconsularinfo@state.gov>, "kellianne.dougherty@usdoj.gov" <kellianne.dougherty@usdoj.gov>, "gretchen.busbee@usdoj.gov" <gretchen.busbee@usdoj.gov>, "Brett.Geiger@usdoj.gov" <Brett.Geiger@usdoj.gov>, "Emily.Langlie@usdoj.gov" <Emily.Langlie@usdoj.gov>, "emily.smachetti@usdoj.gov" <emily.smachetti@usdoj.gov>, "gc.receptionist@miami.edu" <gc.receptionist@miami.edu>, "gc_usn@mfa.gov.ua" <gc_usn@mfa.gov.ua>, "gc_deg@mfa.gov.ua" <gc_deg@mfa.gov.ua>, "gc_uss@mfa.gov.ua" <gc_uss@mfa.gov.ua>, Consulate General of Ukraine in Chicago <gc_usc@mfa.gov.ua>, IV <KyivIV@state.gov>, ACS <KyivACS@state.gov>, NIV <KyivNIV@state.gov>, "KyivAdoptions@state.gov" <KyivAdoptions@state.gov>, "georgii.dubynskyi@mfa.gov.ua" <georgii.dubynskyi@mfa.gov.ua>, "hanna.babenko@mfa.gov.ua" <hanna.babenko@mfa.gov.ua>, "yaroslav.brisiuck@mfa.gov.ua" <yaroslav.brisiuck@mfa.gov.ua>, "oleksandr.korneichuk@mfa.gov.ua" <oleksandr.korneichuk@mfa.gov.ua>, "oleksandr.parfenov@mfa.gov.ua" <oleksandr.parfenov@mfa.gov.ua>, "oleksandr.borysenko@mfa.gov.ua" <oleksandr.borysenko@mfa.gov.ua>, "Panama-ACS@state.gov" <panama-acs@state.gov>, "Panama-IV@state.gov" <Panama-IV@state.gov>, "panamaweb@state.gov" <panamaweb@state.gov>, FBU <Panama-FBU@state.gov>, "Panama-Visas@state.gov" <Panama-Visas@state.gov>, "rmirand31@gmail.com" <rmirand31@gmail.com>, "jmirabal@yahoo.com" <jmirabal@yahoo.com>, "ForbiddenLove@mtv.com" <forbiddenlove@mtv.com>, "js.pentagon.ocjcs.mbx.joint-staff-public-affairs@mail.mil" <js.pentagon.ocjcs.mbx.joint-staff-public-affairs@mail.mil>, "melissa.a.adams@navy.mil" <melissa.a.adams@navy.mil>, "Cynthia Y MSG USARMY NG

<david.escobedo3.mil@army.mil>, "usarmy.knox.hqda-otjag.mbx.cpcs@mail.mil" <usarmy.knox.hqda-otjag.mbx.cpcs@mail.mil>, "goldieandstalllone@gmail.com" <goldieandstalllone@gmail.com>

Memo to United States Attorney of Massachusetts:

I Have Compiled a List of About 100 Companies & Individuals Which Have Helped me with My Music Career Since 2005; Lady Brazil Involves Massachusetts, Rhode Island

1.) CD Baby
2.) Ditto Music
3.) DIstrokid
4.) Record Union
5.) Tunecore
6.) ASCAP
7.) Grammys/Recording Academy
8.) American Idol Underground
9.) John Lennon Songwriting Competition (JLSC)
10.) Best Buy
11.) Walmart
12.) Target
13.) Sears
14.) KMart
15.) Barnes & Noble
16.) For Your Entertainment (FYE)
17.) CD Universe
18.) CD Connection
19.) EBay
20.) Garage Band
21.) Clear Channel New Music Network
22.) Live 365
23.) Radio Airplay/Jango
24.) Spotify
25.) Pandora Internet Radio
26.) Dig Station
27.) iHeart Radio
28.) Amazon
29.) Napster
30.) Rhapsody
31.) Verizon V-Cast
32.) Billboard R&B Hip Hop COntest (Atlanta, Georgia)
33.) Hollywood Reporter (Dave Moser)
34.) Nielsen (Charles Perez)
35.) Sonicbids
36.) LIbrary of Congress

38.) Ten Karat Gold Productions
39.) Tuff-Stuff Recording
40.) Disc Makers
41.) Stanley Frank
42.) Parris Foster
43.) Kerry Moore-Purnell
44.) Richard Shaw
45.) Karen Smith-Emrit
46.) Thomas Hart (On The Potomac)
47.) Paul Gardner (Gardner Law Group)
48.) Kelly Sabatino
49.) Denna Minnoia
50.) Audrey Demick
51.) Suni Degeneste
52.) Michele Granger
53.) Pamela Masucci
54.) Safari Models
55.) Miami Vibez TV
56.) ThaLot
57.) Krib TV
58.) YouTube
59.) Google Play
60.) Vevo
61.) JTV Digital
62.) Horus Music Limited
63.) Nicole Mendez
64.) The Beauty Within Models
65.) Model Mayhem
66.) Fiverr
67.) Craigslist
68.) Explore Talent
69.) Promolta
70.) Fiverr
71.) Street Star Studios
72.) Patrick Hightower
73.) Garrett Music Academy
74.) Pulse Music Productions
75.) Nick Garrett
76.) D-Rail
77.) Vince Coates
78.) Bryan Cantu
79.) Paul Gillingwater
80.) Luis Diaz

10/21/22, 12:23 PM                Gmail - Memo to Mrs. Catherine O' Hagan-Wolfe (Clerk of the Court for Second Circuit of New York) Accordingly, I Have Comp...

Case 1:22-cv-09832-UA   Document 1   Filed 11/01/22   Page 13 of 20

82.) Ayesha
83.) Santiago Semino
84.) Indrayudh Shome
85.) Tee Platinum
86.) Ashley "Honey Azul" Williams
87.) Bianca Ayuso
88.) Apple Music/itunes
89.) Mondotunes/Octiive
90.) Shannon Emamale (Grammys in Washington, D.C.)
91.) Facebook
92.) Instagram
93.) Whatsapp (Music Videos)
94.) Tik Tok
95.) Deezer
96.) Shazam
97.) Tamille Hawkins
98.) Matt Baker (Discovery Channel)
99.) Boomplay
100.) Indie Bible
101.) Audacity

You can see that I won Honorable Mention in JohnLennon SOngwriting Competition (JLSC) in 2007....

https://jlsc.com/winners/2007a/hms.php

### John Lennon Songwriting Contest

Past Winners 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019 2020 2021 2022. Session I - CLOSED Open - January 17, 2022 Deadline ...

jlsc.com

https://viralsound.altervista.org/satish-dat-beast-la-reina-cubana/

**The Music Video for "Lady Brazil" in Quincy, Massachusetts Involved Pamela Masucci, Santiago Semino, & The Model's Mother (as Guardian or Guardian ad Litem) Signing a Contract in Massachusetts**.  Because I am a musician/recording artist trained to be an attorney (according to Chief Judge Loretta Preska of SDNY), let me clarify that

The music video for **"Lady Brazil"**

10/21/22, 12:23 PM  Gmail - Memo to Mrs. Catherine O' Hagan-Wolfe (Clerk of the Court for Second Circuit in New York); Accordingly, I Have Comp...

Case 1:22-cv-09832-UA   Document 1   Filed 11/01/22   Page 14 of 20

2.) involving a modeling agency from **Westerly, Rhode Island** (contract as guardian/guardian ad litem)
3.) and was litigated in the **U.S. District Court of North Carolina** (Emrit v. Reverb Nation)
4.) None of these contract/entertainment law issues involve Southern New YOrk (SDNY) as they involve **Massachusetts, Rhode Island, and North Carolina**.
5.) I have to state this for your office because I am always serving process through U.S. Marshals on Universal Music Group/Island Def Jam Group at **1755 Broadway in New York City** and I believe that <u>**SDNY advocates on behalf of Universal, Island Def Jam Group, and MTV/Viacom (1515 Broadway)**</u>

In addition, the music video for "Lady Brazil" in Quincy, Massachusetts involves

1.) a song about **Adriana Lima** recorded at Garrett Music Academy in Owings, Maryland
2.) internet banner advertisements featuring a picture of **Mariah Carey** and myself at GOtham Hall off of Broadway in New York City (Batman)
3.) and the model Alex M. who is now a doctor I believe and whose mother and Pamela Masucci signed a **contract as guardian or guardian ad litem in Quincy, Massachusetts** involving contract law and entertainment law issues in Massachusetts and Rhode Island. The model's make-up artist was also there in Quincy, Massachusetts in addition to Nicole Mendez and the model's mother and Pamela Masucci were trying to direct my music video for "Lady Brazil" about Adriana Lima which is the second time that a model's mother was trying to direct my music video (the other time being with "Three-Car Garage" at Roger Williams Park at Temple of Music in Rhode Island.

You can confirm the North Carolina litigation involving "Lady Brazil" and Mariah Carey internet banner advertisements right here (involving likeness issues)

https://casetext.com/case/emrit-v-reverbnation
https://scholar.google.com/scholar_case?case=8378430874971731449&hl=en&as_sdt=6&as_vis=1&oi=scholarr

https://casetext.com/case/emrit-v-am-commcns-network

The Former Governor of Rhode Island (Lincoln D. Almond) Presided Over my Case Against Universal Music Group & ASCAP; Neither George Washington nor Nathan Hale Would Approve of CIA Communicating with MI6 (British Monarchy). Accordingly, <u>My Job is to Exclude Southern New York (SDNY) from Having any Jurisdiction Over Rhode Island Issues Involving 4 Federal Employees</u>: **Judges Mary Lisi & Lincoln D. Almond, U.S. Attorneys Mary Rogers (FCC) & Richard Myrus** (Commerce).

https://en.wikipedia.org/wiki/Mary_M._Lisi

Mary M. Lisi - Wikipedia



Mary Mona Lisi (born 1950) is an inactive Senior United States District Judge of the United States District Court for the District of Rhode Island

en.wikipedia.org

https://en.wikipedia.org/wiki/Lincoln_Almond



Lincoln Almond - Wikipedia

Lincoln Carter Almond (born June 16, 1936) is an American attorney and politician who served as the 72nd Governor of Rhode Island from 1995 to 2003. A member of the Republican

en.wikipedia.org

Also, **I would describe Central Intelligence Agency (CIA) as a "bunch of weird guys and Karens in London"**

In my opinion, New York has a problem with clowns like Rudy Giuliani and Donald J. Trump and Andrew Cuomo and England has a problem with clowns like Prince Andrew and Christopher Steele.  That is my criticims of New York and MI6 (Great Britain)....

Accordingly, The Southern District of New York (SDNY) Does Not Have Any Subject Matter Jurisdiction Over Contract Law, Entertainment Law, & Intellectual Property Issues in Rhode Island, Massachusetts, & North Carolina (May 5th).  Cable Television businesses in New York try to control the "new music business" which is centered around Northern California (Silicon Valley), Atlanta, Georgia, & Seattle, Washington & Portland, Oregon.  Music is digital now (Amazon Alexa/YouTube) and not analog (8-track, vinyl, CD, cassette tapes).

Secret Service agent Dan Bongino is my favorite federal agent who is always criticizing FBI director Christopher Wray who many think is not qualified.  Furthermore, Neither The Pentagon Nor the Army Has Any Jurisdiction Over Entertainment Law/Intellectual Property/Contract Law Issues in Rhode Island & Massachusetts; **Fort Myers & Fort Riley Have no Jurisdiction Over Family Law**.  The reason why I have to explain this to U.S. Attorneys/Department of Justice is the following:

10/21/22, 12:23 PM  Gmail - Memo to Mrs. Catherine O' Hagan-Wolfe (Clerk of the Court for Second Circuit in New York). Accordingly, I Have Comp…

Case 1:22-cv-09832-UA  Document 1  Filed 11/01/22  Page 16 of 20

1.) I filed a formal complaint about racial profiling in the **Office of Pentagon Inspector General (Patrick Gookin)**

2.) I filed an informal complaint about racial profiling in **Office of Lieutenant Colonel David Escobedo** of Texas Military Department in Austin, Texas.

3.) I have been to **Fort Riley in Kansas, Offutt AFB, Hill AFB in Salt Lake City, Wright-Patterson** AFB and I am a presidential candidate with about 20 lawsuits and appeals against Central Intelligence Agency (CIA) seeking a **declaratory judgment (Rule 57 FRCP)** about free speech and injunction (**Rule 65 of FRCP involving preliminary injunction**)

4.) Procedural and jurisdictional issues are actually more important than substantive issues because concepts like Brady violation, Alford plea, Anders brief, res judicata all address procedural issues which can be raised on appeal in an objection to Report and Recommendation (Rule 72 FRCP).

5.) **While I don't expect to be president of the United States ever, it looks good on my resume since I want to be a law professor** just like Kanye West and Al Sharpton and Jesse Jackson no different.


Because the Joe Biden administration is very different from administration of George W. Bush and Donald J. Trump, **I have to state for the record that Neither Central Intelligence Agency (CIA) Nor Southern District of New York (SDNY) Has Jurisdiction Over Music/Entertainment Law Issues in Massachusetts/Rhode Island or Family Law Issues in Fort Lauderdale (Rooker-Feldman Doctrine)**. Nevertheless, I Have Attached Lawsuits in Adobe Acrobat Format to be Filed in Connecticut (**Russell Trust Association/White Supremacy**) & in Florida (Annulment Proceeding in Federal Court Citing *Loving v. Virginia*). Accordingly, The Central Intelligence Agency (CIA & MI6 Have Zero Jurisdiction Over Family Law Issues in Fort Lauderdale (Annulment in Federal Court System) & Entertainment Law Issues in Massachusetts/Rhode Island/North Carolina. Nevertheless, Because **My Music Videos Are on the Same Network (Vevo) as Blink 182,** You Have to Treat My Music Videos No Different from **Lady Gaga, Justin Bieber, Post Malone, Steven Spielberg**

1.) In other words, **independent artists get the same treatment as major record label artists because we are on the same network.**

2.) The Blink 182 music video may have had been granted permit but the music video has someone with a magnifying glass that I find to be questioanble content to be aired on MTV.

3.) My music video for Lady Brazil was filmed in Massachusetts and not New York and I have litigated music issues in Massachusetts and Rhode Island which is not under jurisdiction of New York.

4.) New York City is my competition in the sense that I don't go through New York or Los Angeles for my independent music career. Rather, like Kurt Cobain and Courtney Love, my

10/21/22, 12:23 PM		Gmail - Memo to Mrs. Catherine O' Hagan-Wolfe (Clerk of the Court for Second Circuit in New York). Accordingly, I Have Comp…

Case 1:22-cv-09832-UA   Document 1   Filed 11/01/22   Page 17 of 20

music career is centered around Seattle (Amazon Alexa), Portland, Oregon (CD Baby), Northern California (Facebook, Instagram, YouTube).

5.) U.S. attorneys are "old school" because they probably still listen to Tony Bennet and CD's and cassette tapes (analog) when the rest of the world is digital (Amazon Alexa).

6.) The modeling agency of Pamela Masucci and the model's mother signed a contract (contract law/agency and partnership) in Massachusetts in Quincy for the music video "Lady Brazil"

7.) The Central Intelligence Agency (CIA) and MI6 have nothing to do with entertainment law issues in the United States or divorce/family law issues in the United States and if they try to interfere with family law or entertainment law issues then I would not hesitate to file a complaint with Inspector General Robin Ashton or file another 100 lawsuits against CIA for Civil Rights violations inside the United States.

https://www.youtube.com/watch?v=s4QLFJb3krQ



### Satish Dat Beast - Lady Brazil

Lady Brazil by Satish Dat Beasthttp://vevo.ly/t85qvH

www.youtube.com

https://www.thebeautywithin.com/



### The Beauty Within

THE BEAUTY WITHIN Consulting, Advice, Placement & Coaching for Aspiring Models

www.thebeautywithin.com

https://www.thebeautywithin.com/com-female1#/ashton-p/



### The Beauty Within

justine g. THE BEAUTY WITHIN MODEL Consulting & Placement Westerly, RI 02891

www.thebeautywithin.com

10/21/22, 12:23 PM    Gmail - Memo to Mrs. Catherine O' Hagan-Wolfe (Clerk of the Court for Second Circuit in New York)-Accordingly, I Have Comp…

Case 1:22-cv-09832-UA   Document 1   Filed 11/01/22   Page 18 of 20

https://viralsound.altervista.org/satish-dat-beast-la-reina-cubana/



### Satish Dat Beast - La Reina Cubana | VIRAL MUSIC BLOG

Satish Dat Beast (born 1976) is an independent recording artist, songwriter, and publicist who is best known for his reggaeton song "La Reina

viralsound.altervista.org

Cordially Yours,

Ronald Satish Emrit
6655 38th Lane East
Sarasota, Florida 34243
(703)936-3043

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 01 2022 ★
BROOKLYN OFFICE

## I. (a) PLAINTIFFS
Ronald Satish Emrit

**DEFENDANTS** Special Agent in Charge of FBI Field Office of Southern New York

(b) County of Residence of First Listed Plaintiff: Manatee
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Manhattan
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Ronald Satish Emrit, Sarasota, FL 34243
6655 38th Lane East (703)936-3043

Attorneys *(If Known)* Attorney General Merrick Garland
950 Pennsylvania Avenue NW
Washington, D.C. 20530

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

CIVIL RIGHTS: [X] 440 Other Civil Rights

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing: Title VII of Civil Rights Act of 1964

Brief description of cause: Racial Profiling African-American Christian as Arabic/Muslim

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ One Million Dollars

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE Susan Paradise Baxter  DOCKET NUMBER _____

DATE October 27, 2022
SIGNATURE OF ATTORNEY OF RECORD: Ronald Satish Emrit (pro se)

Satish Emrit
6655 38th Lane East
Sarasota, Florida 34243



Attn: Clerk of the Court
U.S. District Court of Eastern New York
225 Cadman Plaza East
Brooklyn, New York 11201