UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>                              Plaintiff,<br><br>        -against-<br><br>SPECIAL AGENT IN CHARGE OF FBI FIELD OFFICE IN SOUTHERN DISTRICT OF NEW YORK (SDNY),<br><br>                              Defendant. | 22-CV-9832 (LTS)<br><br>ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651 |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On May 16, 2014, Plaintiff was barred from filing any new action in this court *in forma pauperis* (IFP) without first obtaining permission from the court to file. *See Emrit v. AOL Time Warner*, ECF 1:14-CV-0314, 13 (S.D.N.Y. May 16, 2014). Plaintiff files this new *pro se* action, seeks IFP status, and has not sought permission from the Court.[1] The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the May 16, 2014, order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

---

[1] Plaintiff originally filed this action in the United States District Court for the Eastern District of New York, and by order dated November 9, 2022, the Eastern District of New York transferred the action to this court. (ECF 4.)

The Clerk of Court is directed to enter judgment dismissing this case.

SO ORDERED.

Dated: December 1, 2022
New York, New York

                                             /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge