UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>                      Plaintiff,<br><br>   -against-<br><br>SPECIAL AGENT ON CHARGE OF FBI FIELD OFFICE IN SOUTHERN DISTRICT OF NEW YORK (SDNY),<br><br>                     Defendant. | 22-CV-9832 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 1, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 1, 2022
             New York, New York

                                                                           /s/ Laura Taylor Swain
                                                                        LAURA TAYLOR SWAIN
                                                                  Chief United States District Judge