UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>                     Plaintiff,<br><br>        -against-<br><br>SPECIAL AGENT IN CHARGE OF FBI FIELD OFFICE IN SOUTHERN DISTRICT OF NEW YORK (SDNY),<br><br>                     Defendant. | 22-CV-9832 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On December 1, 2022, the Court dismissed this action without prejudice for Plaintiff's failure to comply with the May 16, 2014, order barring him from filing any new action in this court *in forma pauperis* (IFP) without first obtaining permission from the court to file. *See Emrit v. AOL Time Warner*, ECF 1:14-CV-0314, 13 (S.D.N.Y. May 16, 2014). The Court entered judgment the next day. On December 20, 2022, the Court received from Plaintiff a "Second Motion In Limine," for evidence to be entered in litigation in North Carolina and Florida. (ECF 9.) As this case is closed, and Plaintiff suggests no basis for the Court to disturb the December 1, 2022, order of dismissal and civil judgment, the Court denies Plaintiff's motion (ECF 9) as moot.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

2

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 3, 2023
         New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                  Chief United States District Judge