UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD SATISH EMRIT,

            Plaintiff,

-against-

SPECIAL AGENT IN CHARGE OF FBI FIELD OFFICE IN SOUTHERN DISTRICT OF NEW YORK (SDNY),

            Defendant.

22-CV-9832 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

On December 1, 2022, the Court dismissed this action without prejudice for Plaintiff's failure to comply with the May 16, 2014, order barring him from filing any new action in this court *in forma pauperis* (IFP) without first obtaining permission from the court to file. *See Emrit v. AOL Time Warner*, ECF 1:14-CV-0314, 13 (S.D.N.Y. May 16, 2014). The Court entered judgment the next day. On May 9, 2023, the Court received from Plaintiff a "Motion for Joinder" under Rule 19 of the Federal Rules of Civil Procedure relating to a matter in Rhode Island. As this case is closed, and Plaintiff suggests no basis for the Court to disturb the December 1, 2022, order of dismissal and civil judgment, the Court denies Plaintiff's motion (ECF 12) as moot.

## CONCLUSION

The Court denies Plaintiff's Motion for Joinder (ECF 12) as moot.

The Clerk of Court is directed not to accept any further submissions under this closed case number except for papers directed to the United States Court of Appeals for the Second Circuit.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  May 18, 2023
        New York, New York

                                       /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                Chief United States District Judge